Form B4
11/92

# Form 4.  LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re  **GEO Specialty Chemicals, Inc.**            ,
Debtor

Case No.  _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim  [if secured also state value of security] |
| **JP Morgan Trust Co., Nat'l Assoc. Institutional Trust Service 250 West Huron Road, Suite 220 Cleveland, OH  44113** | **JP Morgan Trust Co., Nat'l Assoc. Institutional Trust Service 250 West Huron Road, Suite 220 Cleveland, OH  44113 216-274-1615** | **Unsecured Bonds** | **Unliquidated** | 125,000,000 |
| **Airlee Opportunity Fund, L.P. Attn: Mr. Adam Goodfriend 115 East Putnam Avenue Greenwich, CT  06830** | **Airlee Opportunity Fund, L.P. Attn: Mr. Adam Goodfriend 115 East Putnam Avenue Greenwich, CT  06830** | **Unsecured Bonds** | | 22,000,000 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Merrill Lynch Investment Man., LP Attn: David Clayton 800 Scudders Mill Road Plainsboro, NJ 08536 | Merrill Lynch Investment Man., LP Attn: David Clayton 800 Scudders Mill Road Plainsboro, NJ 08536 | Unsecured Bonds | | 21,000,000 |
| Deutsche Banc Asset Management Mr. Mike Brown 150 S. Independence Square West Suite 726 Philadelphia, PA 19106 | Deutsche Banc Asset Management Mr. Mike Brown 150 S. Independence Square West Suite 726 Philadelphia, PA 19106 | Unsecured Bonds | | 12,544,000 |
| White Box Advisors Attn: Mr. Nick Swenson 3033 Excelsior Blvd., Suite 300 Minneapolis, MN 55416 | White Box Advisors Attn: Mr. Nick Swenson 3033 Excelsior Blvd., Suite 300 Minneapolis, MN 55416 | Unsecured Bonds | | 6,551,000 |
| Oppenheimer & Company Attn: Mr. Cary Holcomb 125 Broad Street New York, NY 10004 | Oppenheimer & Company Attn: Mr. Cary Holcomb 125 Broad Street New York, NY 10004 | Unsecured Bonds | | 5,000,000 |
| GEO Gallium SA 17 Rue Marbeuf 75008 Paris, France, 75008 | GEO Gallium SA 17 Rue Marbeuf 75008 Paris, France, 75008 011.33.1566276.00 | Trade Payable | Unliquidated | 573,360 |
| Harwick Standard 60 S. Seiberling Street Akron, OH 44305 | Harwick Standard 60 S. Seiberling Street Akron, OH 44305 330-798-9300 | Trade Payable | Unliquidated | 499,950 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-595 - 31052

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| McGeorge Contracting Co., Inc. 1425 Shamburger Little Rock, AR 72206 | McGeorge Contracting Co., Inc. PO Box 7008 Pine Bluff, AR 71611 501-490-1456 | Trade Payable | Unliquidated | 337,404 |
| Norfalco LLC 6755 Mississauga, Suite 340 ONT CANADA L5N7Y2 | Norfalco LLC PO Box 371122 Pittsburgh, PA 15251-7122 817-333-2720 | Trade Payable | Unliquidated | 291,501 |
| CE Minerals 49 South Andersonville, GA 31711 | CE Minerals PO Box 116308 Atlanta, GA 30368-6308 229-924-4461 | Trade Payable | Unliquidated | 283,017 |
| COGNIS Corporation 5051 Estecreek Drive Cincinnati, OH 45232-1446 | COGNIS Corporation PO Box 802568 Chicago, IL 60680-2568 513-482-3518 | Trade Payable | Unliquidated | 281,919 |
| C-Koe Metals 3528 House Anderson Road Euless, TX 76039 | C-Koe Metals PO Box 678163 Dallas, TX 75267-8163 817-540-3344 | Trade Payable | Unliquidated | 224,491 |
| ProChem Chemicals Inc 510 W. Grimes Ave. High Point, NC 27260 | ProChem Chemicals Inc PO Box 65214 Charlotte, NC 28265 910-882-3308 | Trade Payable | Unliquidated | 200,853 |
| Hercules Incorporated 1313 N. Market Street Wilmington, DE 19894 | Hercules Incorporated 1313 N. Market Street Wilmington, DE 19894 302-594-5000 | Trade Payable | Unliquidated | 176,944 |
| South Jersey Gas 1 S. Jersey Plaza Folsom, NJ 08037 | South Jersey Gas 1 S. Jersey Plaza Folsom, NJ 08037 609-591-9000 | Trade Payable | Unliquidated | 175,697 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **The DOW Chemical Company** **2030 Dow Center** **Midland, MI  48674** | **The DOW Chemical Company** **PO Box 101723** **Atlanta, GA  30392** **989-832-1088** | **Trade Payable** | **Unliquidated** | **168,891** |
| **Arrmaz Custom Chemicals, Inc.** **621 Snively Avenue** **Winter Haven, Fl 33880** | **Arrmaz Custom Chemicals, Inc.** **621 Snively Avenue** **Winter Haven, Fl  33880** **863-293-7884** | **Trade Payable** | **Unliquidated** | **162,750** |
| **Degussa Initiators, LLC** **1241 E. 16th Street** **Wilmington, DE 19801** | **Degussa Initiators, LLC** **1241 E. 16th Street** **Wilmington, DE  19801** **302-655-7387** | **Trade Payable** | **Unliquidated** | **148,553** |
| **Constellation NewEnergy, Inc.** **2 California Plaza** **350 S. Grand Ave, Suite 2950** **Los Angeles, CA 90071** | **Constellation NewEnergy, Inc.** **2 California Plaza** **350 S. Grand Ave, Suite 2950** **Los Angeles, CA  90071** **213-576-6000** | **Trade Payable** | **Unliquidated** | **129,563** |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    **March 18, 2004**

Signature    **/s/ William P. Eckman**

**WILLIAM P. ECKMAN,**
**Exec. V.P., Chief Financial Officer**