**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

In re  **GEO Specialty Chemicals, Inc.**  ,         Case No. _____

                      Debtor

                                                              Chapter  **11**

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  **March 18, 2004**         Signature  **/s/ William P. Eckman**

                                                                       **WILLIAM P. ECKMAN,**
                                                                       **Exec. V.P., Chief Financial Officer**

Robert C. Folland
Thompson Hine
127 Public Square
3900 Key Center
Cleveland, OH  44114-1291
(216) 566-5500