# APPENDIX B

# PRO FORMA FINANCIAL PROJECTIONS

# GEO Specialty Chemicals, Inc.
Financial Projections

### *Income Statement*

| ($ in Millions) | 2004 (1) | Projected FYE December 31, 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Revenue | $ 170.7 | $ 190.1 | $ 199.6 | $ 207.3 |
| Cost of Revenue | 91.4 | 102.3 | 104.4 | 107.3 |
| Variable Margin | 79.3 | 87.8 | 95.3 | 100.0 |
| Selling, General & Administrative | 14.4 | 16.4 | 16.9 | 17.5 |
| Production & Other | 43.3 | 45.0 | 45.9 | 47.3 |
| EBITDA | 21.6 | 26.5 | 32.5 | 35.2 |
| Depreciation & Amortization | 16.2 | 13.3 | 11.5 | 11.5 |
| EBIT | 5.4 | 13.2 | 21.0 | 23.7 |
| Interest Expense, net | 12.2 | 13.2 | 12.7 | 12.3 |
| Restructuring Expenses | 8.9 | 1.0 | - | - |
| Pre-Tax Income | (15.6) | (1.0) | 8.3 | 11.4 |
| Provision for Taxes | (0.6) | - | 2.5 | 4.0 |
| Net Income | $ (14.9) | $ (1.0) | $ 5.7 | $ 7.4 |

Management Projections
Note: For the purpose of these projections, NOLs are not contemplated to survive the bankruptcy.
Investors should make their own assumptions regarding NOL survival and fresh start accounting.
(1) Comprised of actual results for Q1 & Q2 and projected results for Q3 & Q4.

# GEO Specialty Chemicals, Inc.
Financial Projections

## *Balance Sheet*

| ($ in Millions) | Pro Forma 2004 | Projected FYE December 31, 2005 | 2006 | 2007 |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash and Cash Equivalents | $ 7.7 | $ 5.0 | $ 14.6 | $ 28.5 |
| Accounts Receivable | 23.1 | 26.1 | 27.3 | 28.4 |
| Inventory | 30.2 | 33.8 | 34.5 | 35.4 |
| Other Current Assets | 3.4 | 3.8 | 4.0 | 4.1 |
| Total Current Assets | 64.4 | 68.7 | 80.4 | 96.5 |
| | | | | |
| Net Property, Plant & Equipment | 83.7 | 76.5 | 69.3 | 62.4 |
| Other Assets | 12.9 | 11.0 | 11.0 | 11.0 |
| Total Assets | $ 160.9 | $ 156.2 | $ 160.8 | $ 169.9 |
| | | | | |
| **Liabilities & Shareholders' Equity** | | | | |
| Bank Revolver | $ 10.0 | $ 2.8 | $ - | $ - |
| Accounts Payable | 11.3 | 12.7 | 12.9 | 13.2 |
| Other Current Liabilities | 10.5 | 11.7 | 12.3 | 12.7 |
| Total Current Liabilities | 31.8 | 27.2 | 25.1 | 26.0 |
| | | | | |
| Term Loan | 115.0 | 115.0 | 115.0 | 115.0 |
| Senior Promissory Note | 2.7 | 3.5 | 4.4 | 5.3 |
| Other Long-Term Liabilities | 8.4 | 8.4 | 8.4 | 8.4 |
| Total Liabilities | 157.8 | 154.1 | 152.9 | 154.6 |
| | | | | |
| Common Equity | 3.1 | 2.1 | 7.8 | 15.3 |
| Total Liabilities & Shareholders' Equity | $ 160.9 | $ 156.2 | $ 160.8 | $ 169.9 |

Management Projections
Note: For the purpose of these projections, NOLs are not contemplated to survive the bankruptcy.
Investors should make their own assumptions regarding NOL survival and fresh start accounting.

# GEO Specialty Chemicals, Inc.
Financial Projections

## *Cash Flow Statement*

| ($ in Millions) | Q3 & Q4 Proj. 2004 | Projected FYE December 31, 2005 | 2006 | 2007 |
|---|---|---|---|---|
| **Cash Flow From Operations** | | | | |
| Net Income | $ (7.3) | $ (1.0) | $ 5.7 | $ 7.4 |
| Depreciation | 5.7 | 11.4 | 11.5 | 11.5 |
| Amortization of Intangible Assets | 1.1 | 1.9 | - | - |
| Change in Working Capital | (4.8) | (4.4) | (1.4) | (1.3) |
| Cash Provided / (Used) by Operating Activities | (5.3) | 7.9 | 15.8 | 17.6 |
| **Cash Flow From Investing Activities** | | | | |
| Capital Expenditures | (1.9) | (4.3) | (4.3) | (4.5) |
| Cash Provided / (Used) by Investing Activities | (1.9) | (4.3) | (4.3) | (4.5) |
| **Cash Flow From Financing Activities** | | | | |
| (Payments) / Borrowings on Revolver | 3.4 | (7.2) | (2.8) | - |
| PIK: Senior Promissory Note | - | 0.9 | 0.9 | 0.9 |
| Cash Provided / (Used) by Financing Activities | 3.4 | (6.3) | (1.9) | 0.9 |
| | | | | |
| Cash Provided / (Used) by Operating Activities | (5.3) | 7.9 | 15.8 | 17.6 |
| Cash Provided / (Used) by Investing Activities | (1.9) | (4.3) | (4.3) | (4.5) |
| Cash Provided / (Used) by Financing Activities | 3.4 | (6.3) | (1.9) | 0.9 |
| Total Change in Cash | $ (3.8) | $ (2.7) | $ 9.6 | $ 13.9 |
| | | | | |
| Beginning Cash Balance | 8.8 | 7.7 | 5.0 | 14.6 |
| Total Change in Cash | (3.8) | (2.7) | 9.6 | 13.9 |
| Ending Cash Balance | $ 5.0 | $ 5.0 | $ 14.6 | $ 28.5 |

Management Projections
Note: For the purpose of these projections, NOLs are not contemplated to survive the bankruptcy.
Investors should make their own assumptions regarding NOL survival and fresh start accounting.