UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Deily, Mooney & Glastetter, LLP
One Greentree Centre, Suite 201
Marlton, NJ  08053

In Re:

GEO SPECIALTY CHEMICALS, INC.,

Debtor

Case No.: 04-19148-MS

Adv. No.:

Hearing Date: April 11, 2005

Judge:  Morris Stern

## ORDER VACATING AUTOMATIC STAY AS TO PERSONAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

*[FILED stamp: APR 20 2005, U.S. Bankruptcy Court, Newark, N.J.]*

*[Signature and date 4/20/05]*

| | |
|---|---|
| In re: | . Case No. 04-19148-MS |
| GEO SPECIALTY CHEMICALS, INC., | . Chapter: 11 |
| Debtor. | . Hearing Date: April 11, 2005 |

## ORDER VACATING AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Creditor, DCFS Trust, under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**One (1) 2002 Dodge Grand Caravan (V.I.N. 2B4GP44332R591498)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

06001-729